# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 17-17429-ELF

FATIMA  CARMONA

1900 AFTON STREET

PHILADELPHIA, PA 19111-

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

FATIMA  CARMONA

1900 AFTON STREET

PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

BRANDON J. PERLOFF
KWARTLER MANUS LLC
1429 WALNUT STREET  STE 701
PHILADELPHIA, PA 19102-

/S/ William C. Miller

Date: 2/16/2018

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee