United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-17429-elf
Fatima Carmona                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Jennifer         Page 1 of 1         Date Rcvd: Mar 28, 2018
                            Form ID: pdf900        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
```
db              +Fatima Carmona,    1900 Afton Street,    Philadelphia, PA 19111-3412
14008198        +Comcast Corporation,    Comcast Center,    1701 JFK Blvd,    Philadelphia, PA 19103-2899
14008199        +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
14008200        +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14008203        +Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
14008205       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  US Bank, NA,    Bankruptcy/Recovery Dept,    PO Box 5229,
                  Cincinnati, OH 45201)
14008206        +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Mar 29 2018 01:50:46      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 29 2018 01:50:31      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14008201        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 29 2018 01:50:20      Midland Funding,
                  2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14008202        +E-mail/Text: blegal@phfa.org Mar 29 2018 01:50:21      Pa Housing Finance Age,    211 N Front St,
                  Harrisburg, PA 17101-1406
14019612         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2018 01:50:09
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
14008204        +E-mail/Text: bankruptcy@sw-credit.com Mar 29 2018 01:50:21      Sw Crdt Sys,
                  4120 International Parkway,    Carrollton, TX 75007-1958
14072585        +E-mail/Text: blegal@phfa.org Mar 29 2018 01:50:21      U.S. Bank National Association,
                  c/o Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
14039210         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2018 01:57:44      Verizon,
                  by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14008197         Apolinar De Leon
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
```
              BRANDON J. PERLOFF   on behalf of Debtor Fatima  Carmona bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. Bank National Association et. al.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        Chapter 13
    FATIMA CARMONA,                        :
          Debtor(s)                                  :        Bky. No.   17-17429 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  March 28, 2018

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE